**STATE of Missouri, Respondent,**

v.

**Billy Lee PHELPS, Appellant.**

**No. WD 63716.**

Missouri Court of Appeals,
Western District.

Feb. 1, 2005.

 

Irene C. Karns, Public Defender Office, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Assistant Attorney General, Jefferson City, for respondent.

Before PAUL M. SPINDEN, Presiding Judge, VICTOR C. HOWARD, Judge, and THOMAS H. NEWTON, Judge.

## ORDER

Billy Lee Phelps appeals the circuit court's judgment convicting him of statutory sodomy in the second degree. We affirm. Rule 30.25(b).